# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

453
CA 14-01560
PRESENT: WHALEN, P.J., SMITH, CENTRA, TROUTMAN, AND SCUDDER, JJ.

---

KONDAUR CAPITAL CORPORATION, AS SEPARATE TRUSTEE
OF MATAWIN VENTURES TRUST SERIES 2012-3,
PLAINTIFF-RESPONDENT,

V                                                                ORDER

DIANNE L. LUNN, DEFENDANT-APPELLANT,
ET AL., DEFENDANTS.
(APPEAL NO. 1.)

---

DIANNE L. LUNN, DEFENDANT-APPELLANT PRO SE.

JOHN PINCUS, NEW YORK CITY, FOR PLAINTIFF-RESPONDENT.

------------------------------------------------------------------------------------------------------

   Appeal from an order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered July 10, 2014 in a mortgage foreclosure action.  The order, among other things, granted plaintiff's motion for summary judgment.

   It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567; *see also* CPLR 5501 [a] [1]).

Entered:  April 28, 2017                          Frances E. Cafarell
                                                 Clerk of the Court